ELSA DILGER, an Infant, by CARL KLEINKNECHT, Her Guardian ad Litem, Appellant, *v.* HERMAN KUMPF, Respondent.

(Argued January 7, 1931; decided February 10, 1931.)

*James C. O'Brien* for appellant.
*Robert C. Winchell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.